YOLANDE COAL & COKE CO. v. PIERCE.

(Decided October 21, 1915. Rehearing denied November 18, 1915.)

CERTIORARI to Court of Appeals.

JAMES L. DAVIDSON and HENRY A. JONES, for petitioner. WRIGHT & FITE, contra.

SOMERVILLE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Yolande Coal & Coke Co. v. Pierce,* 12 Ala. App. 431, 68 South. 563.

All the Justices concur.